# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>WILLIE ANDREW CHING,<br><br>    Defendant. | Case No.: 12CR5317-GPC<br><br>**JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT** |

Upon motion of the United States of America and good cause appearing, the Indictment in the above entitled case is dismissed with prejudice, the bond is exonerated and, if held by U.S. Pretrial Services, Defendant's passport is to be released to Defendant.

IT IS SO ORDERED.

DATED: April 17, 2014.

HONORABLE GONZALO P. CURIEL
United States District Court Judge